GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
  aschwing@gibsondunn.com
PETER C. SQUERI, SBN 286249
  psqueri@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306

LITTLER MENDELSON, P.C.
ANDREW M. SPURCHISE, SBN 245998
  aspurchise@littler.com
SOPHIA BEHNIA, SBN 289318
  sbehnia@littler.com
333 Bush Street, 34th Floor
San Francisco, CA 94105
Telephone:   415.433.1940
Facsimile:   415.399.8940

Attorneys for Defendant DOORDASH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL MAGANA, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>DOORDASH, INC.,<br><br>             Defendant. | CASE NO.<br><br>**DECLARATION OF CODY AUGHNEY IN SUPPORT OF DEFENDANT DOORDASH, INC.'S NOTICE OF REMOVAL**<br><br>Action Filed: May 8, 2018 |

I, Cody Aughney, declare as follows:

1. I am an adult over the age of 18 and a resident of the state of California. The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2. I am currently employed as Director Supply Operations for DoorDash, Inc. ("DoorDash"). In that role, I am knowledgeable of contractor-facing aspects of DoorDash's business, and I have personal knowledge of DoorDash's business model and operating systems. I have been employed by DoorDash since 2016.

3. I make this declaration in support of Defendant DoorDash's Notice of Removal of Action to Federal Court. I am authorized to make these statements on behalf of DoorDash. In my role at DoorDash, I have access to and personal knowledge of the matters and information set forth in this declaration, and if called upon to testify thereto, could and would competently do so. The data from which the information set forth in this declaration was determined is maintained in the regular course of DoorDash's business.

4. Individuals who contract with DoorDash to perform deliveries through the DoorDash platform ("Dashers" or "contractors") are not geographically limited to work only in the state in which they first sign up to be a contractor. Thus, a Dasher could sign up in California and then use the DoorDash app to perform deliveries in other states like Nevada, Oregon, Arizona, or any other state.

5. Based on my review of company records, during the period of July 1, 2017 to May 31, 2018, there are far more than 10,000 Dashers who performed at least one delivery in California using the DoorDash online platform.

6. Based on my review of company records, during the period of July 1, 2017 to May 31, 2018, the aggregate number of miles driven by Dashers in California as part of their delivery services, including miles driven to each restaurant to pick up orders and the miles driven from the restaurant to the drop-off location, far exceeds 10 million miles.

7. I have included approximate or "at least" numbers within this declaration because DoorDash views its data as highly confidential and competitively sensitive.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California, on this 8th day of June, 2018.

_____
Cody Aughney

DECLARATION OF CODY AUGHNEY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

Gibson, Dunn & Crutcher LLP