IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL TAYLOR, individually and on behalf of those similarly situated,

    Plaintiff,

  v.

DOORDASH, INC.,

    Defendant.

No. C 18-03723 WHA

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-captioned case is hereby **REFERRED** to the Honorable Phyllis J. Hamilton for consideration of whether it is related to *Magana v. Doordash, Inc.*, Case No. 18-cv-03395.

**IT IS SO ORDERED.**

Dated: July 18, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE