1
2
3
4          UNITED STATES DISTRICT COURT
5         NORTHERN DISTRICT OF CALIFORNIA
6
7    MANUEL MAGANA,
8                  Plaintiff,                    Case No.  18-cv-03395-PJH
9         v.
                                                 **ORDER DENYING MOTION TO
10   DOORDASH, INC.,                             SHORTEN TIME**
11                  Defendant.                   Re: Dkt. No. 25
12
13

14        Before the court is plaintiff Manuel Magana's motion to shorten time for hearing on

15   his motion for a protective order.  The matter is suitable for decision without oral

16   argument.  Having read plaintiff's papers and carefully considered his arguments and the

17   relevant legal authority, and good cause appearing, the court hereby DENIES plaintiff's

18   motion to shorten time.

19        On the evening of August 3, 2018, plaintiff filed a motion for a protective order

20   asking the court to, among other things, enjoin defendant DoorDash Inc. ("DoorDash")

21   from communicating with its drivers about "issues that could affect their rights in this

22   case[.]" Dkt. 24 at 5.  Shortly thereafter, plaintiff filed a motion to shorten time for the

23   hearing on its motion for a protective order.  Dkt. 25.  That motion proposed that

24   DoorDash file an opposition to plaintiff's motion for a protective order on August 6,

25   plaintiff file a reply on August 7, and the court conduct a hearing on August 8.  Dkt. 25-1.

26   Plaintiff did not contemplate any opportunity for DoorDash to oppose the motion to

27   change time.

28        Local Rule 7-2 provides that "Except as otherwise ordered or permitted by the

assigned Judge or these Local Rules . . . all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion." Civ. L.R. 7-2(a). Civil Local Rule 6 governs motions to change time. That rule provides that "Any . . . motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 14 days before the scheduled event." Civ. L.R. 6-1(b). The rule also provides that "Unless otherwise ordered, a party who opposes a motion to enlarge or shorten time must file an opposition . . . no later than 4 days after receiving the motion." Civ. L.R. 6-3(b).

Plaintiff's motion and proposed order do not comply with the requirements of Civil Local Rule 6. Most notably, plaintiff's motion was filed later than fourteen days from the event it seeks to schedule, and it provides no opportunity for defendant to oppose the motion. As such, plaintiff's motion to shorten time is DENIED.

**IT IS SO ORDERED.**

Dated: August 6, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge