|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 2 2019 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MANUEL MAGANA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>DOORDASH, INC.,<br><br>    Defendant-Appellee. | No.   18-17232<br><br>D.C. No. 4:18-cv-03395-PJH<br>Northern District of California, Oakland<br><br>ORDER |

Before: W. FLETCHER and PAEZ, Circuit Judges, and CHOE-GROVES,[*] Judge.

The parties' joint motion to vacate oral argument and stay appellate proceedings (Docket Entry No. 37) is granted.

Oral argument scheduled at 9:00 a.m., October 3, 2019, in San Francisco, California, is vacated.

The parties shall submit a joint status report on December 2, 2019, and every 60 days thereafter. Failure to file a status report will terminate the stay of appellate proceedings.

The Clerk of Court shall administratively close this case pending further order of the court.

---

[*] The Honorable Jennifer Choe-Groves, Judge for the United States Court of International Trade, sitting by designation.