| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEANE EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>MICHAEL HOLECEK, SBN 281034<br>  mholecek@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:    213.229.7000<br>Facsimile:     213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>AUSTIN V. SCHWING, SBN 211696<br>  aschwing@gibsondunn.com<br>PETER C. SQUERI, SBN 286249<br>  psqueri@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:    415.393.8200<br>Facsimile:     415.393.8306<br><br>LITTLER MENDELSON, P.C.<br>ANDREW M. SPURCHISE, SBN 245998<br>  aspurchise@littler.com<br>SOPHIA BEHNIA, SBN 289318<br>  sbehnia@littler.com<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94105<br>Telephone:    415.433.1940<br>Facsimile:     415.399.8940<br><br>Attorneys for Defendant DOORDASH, INC. | LICHTEN & LISS-RIORDAN, P.C.<br>SHANNON LISS-RIORDAN, SBN 310719<br>  sliss@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:    617.994.5800<br>Facsimile:     617.994.5801<br><br>Attorneys for Plaintiff MANUEL MAGANA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MANUEL MAGANA, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>DOORDASH, INC.,<br><br>        Defendant. | CASE NO. 4:18-cv-03395-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS**<br><br>Action Filed:  May 8, 2018 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties in the above-entitled action hereby stipulate and agree to dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear its own costs.

**IT IS SO STIPULATED.**

Dated:  June 3, 2022                    GIBSON, DUNN & CRUTCHER LLP

                                        By:   /s/
                                              Josh Lipshutz

                                        Attorneys for Defendant DOORDASH, INC.

Dated:  June 3, 2022                    LICHTEN & LISS-RIORDAN, P.C.

                                        By:   /s/
                                              Shannon Liss-Riordan

                                        Attorneys for Plaintiff MANUEL MAGANA

~~[PROPOSED]~~ **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   June 3    , 2022               _____
                                        The Honorable Judge Phyllis J. Hamilton

IT IS SO ORDERED

**ECF ATTESTATION**

I, Shannon Liss-Riordan, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: June 3, 2022                           LICHTEN & LISS-RIORDAN, P.C.


By: _____*/s/*_____
      Shannon Liss-Riordan


Attorneys for Plaintiff MANUEL MAGANA